JOHN J. TALTON, CHAPTER 13 TRUSTEE  Check #.: **1122085**
Payee: Clerk of the Court  Date: 10/06/2016

Case 12-90258    Doc 59    Filed 10/06/16    Entered 10/06/16 11:41:40    Desc Main Document    Page 1 of 1

Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1290258 | 00000 | JAMES LAUGHLIN & LINDA L. LAUGHLIN | | 0.00 | 1,949.00 | 0.00 | 1,949.00 |
| | | Original Check written to: JAMES LAUGHLIN 2417 GRAND BOULEVARD PORT NECHES, TX, 77651 | | | | | |
| | | | TOTALS | 0.00 | 1,949.00 | 0.00 | 1,949.00 |